UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDI ANALLA, ) NO. EDCV 09-00180 AHM (SS) | |
| Plaintiff, ) | |
| ) **JUDGMENT** | |
| v. ) | |
| MIKE ADAMS; J.L. NORWOOD; ) | |
| UNKNOWN BOP AGENTS, ) | |
| Defendants. ) | |

Pursuant to the Court's Order Granting Plaintiff's Motion to Dismiss,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 16, 2010

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE